# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3936MN

_____

John Santana,                          *
                                       *
            Appellant,                 *    On Appeal from the United States
                                       *    District Court for the
       v.                              *    District of Minnesota.
                                       *
Dr. R. Ohmann, Physician,              *    [Not To Be Published]
                                       *
            Appellee.                  *

_____

Submitted: June 27, 2001

Filed: July 26, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
        Circuit Judges.

_____

PER CURIAM.

John Santana, a former Minnesota inmate, appeals the District Court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 case against Dr. Ohmann, a former prison doctor. Santana alleged that Dr. Ohmann was deliberately indifferent to his medical needs because he failed to treat Santana's injuries adequately after a slip and

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

fall.  The District Court did not err in granting summary judgment to Dr. Ohmann, who examined Santana each time Santana visited him, and administered some tests, referred him to a cardiologist, and prescribed medication.  At most, Santana has shown disagreement with a prescribed course of treatment, which does not establish an Eighth Amendment violation.  See Long v. Nix, 86 F.3d 761, 765 (8th Cir. 1996).  His First Amendment claim also fails.

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Santana's motion for judgment.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.